IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:08-CR-393-TWT |
| JEROME JULIUS WEEKS<br>also known as<br>Clarence Royden Weekes<br>also known as<br>Jerome J. Weekes<br>also known as<br>Jerome Week,<br><br>    Defendant. | |

## ORDER

This is a criminal case. It is before the Court on the Report and Recommendation [Doc. 108] of the Magistrate Judge recommending dismissing the Defendant's Motion to Vacate Sentence [Doc. 107]. The Defendant's Motion to Amend [Doc. 110] is GRANTED. The Defendant's claims were all ruled upon on direct appeal by the Eleventh Circuit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 107] is DISMISSED. No Certificate of Appealability will be granted.

SO ORDERED, this 19 day of June, 2013.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge